COM.

v.

**HILLIARD, C.**

**1052 WDA 2016**

Superior Court of Pennsylvania.

03/20/2017

Reargument Denied 4/28/2017

CP–56–CR–0000361–2011 (Somerset)

Vacated/Remanded

COM.

v.

**OSTROWSKI, T.**

**1283 WDA 2016**

Superior Court of Pennsylvania.

03/20/2017

CP–10–CR–0001589–1999
(Butler)

Affirmed

**FOX, J.**

v.

**FOX, L.**

**1177 WDA 2016**

Superior Court of Pennsylvania.

03/20/2017

209 of 2002–D
(Westmoreland)

Affirmed

**ADOPTION OF: C.A.F. et al., minors**

**Appeal of: B.F.**

**1403 WDA 2016**

Superior Court of Pennsylvania.

03/20/2017

OCD No. 228–2013
OCD No. 229–2013
(Venango)

Affirmed